443 A.2d 391

Commonwealth v. Good, Appellant.

Submitted November 10, 1980. M. Scot Curran, for appellant; Francis C. Sichko, Assistant District Attorney, or Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.